LeCLAIR RYAN, a Professional Corporation
830 Third Avenue
New York, New York 10022
Telephone:  (212) 430-8032
Facsimile:  (212) 430-8062
Michael T. Conway, Esq. (MC 2224)

    and

LeCLAIR RYAN, a Professional Corporation
Riverfront Plaza, East Tower
951 East Byrd Street
P.O. Box 2499
Richmond, Virginia 23218-2499
Linda B. Georgiadis, Esq.
Paul D. Anders, Esq.
Telephone:     (804) 783-2003
Facsimile:     (804) 783-2294

Attorneys for Defendants
*VCU Health System, MCU Hospitals &*
*Physicians d/b/a VCU Medical Center,*
*John M. Kellum, M.D., Aaron Scott, M.D.,*
*Mark Willis, M.D., Norman Bordman, M.D.,*
*Eliot Ganyon, M.D., Andrea Pozez, M.D.,*
*John C. Hogan, M.D., and Michael Aboutanos, M.D.*

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

DAVID LION,

                Plaintiff,

       v.

VCU HEALTH SYSTEM, MCU HOSPITALS
& PHYSICIANS d/b/a VCU MEDICAL
CENTER, et al.,

                Defendants.

---

Case Number: 07 CV 3129 (SCR)

**DECLARATION OF**
**MICHAEL T. CONWAY IN SUPPORT OF**
**MOTION TO DISMISS**

**MICHAEL T. CONWAY**, pursuant to 28 U.S.C. § 1746, declares as follows:

1.      I am a partner in the firm of LeClair Ryan, a Professional Corporation, counsel for Defendants VCU Health System, MCU Hospitals & Physicians d/b/a VCU Medical Center, John M. Kellum, M.D., Aaron Scott, M.D., Mark Willis, M.D., Norman Bordman, M.D., Eliot Ganyon, M.D., Andrea Pozez, M.D., John C. Hogan, M.D., and Michael Aboutanos, M.D. in the above-captioned matter.  I respectfully submit this Declaration of my own personal knowledge in support of Defendants' motion to dismiss the complaint filed by Plaintiff on or about April 19, 2007 (the "Complaint").

2.      Annexed hereto as Exhibit "A" is a true and correct copy of the Complaint.

3.      Annexed as Exhibit "B" is the Declaration of Sheldon Retchin, M.D., made in support of the present motion to dismiss the Complaint.

4.      Annexed as Exhibit "C" is the Declaration of John M. Kellum, M.D., made in support of the present motion to dismiss the Complaint.

5.      Annexed as Exhibit "D" is the Declaration of Aaron Scott, M.D., made in support of the present motion to dismiss the Complaint.

6.      Annexed as Exhibit "E" is the Declaration of Mark C. Willis, M.D., made in support of the present motion to dismiss the Complaint.

7.      Annexed as Exhibit "F" is the Declaration of Norman Douglas Boardman, III, M.D., made in support of the present motion to dismiss the Complaint.

8.      Annexed as Exhibit "G" is the Declaration of Elliott Gagnan, M.D., made in support of the present motion to dismiss the Complaint.

9.      Annexed as Exhibit "H" is the Declaration of Christopher J. Hogan, M.D., made in support of the present motion to dismiss the Complaint.

10. Annexed as Exhibit "I" is the Declaration of Michel Aboutanos, M.D., made in support of the present motion to dismiss the Complaint.

11. Annexed as Exhibit "J" is the Declaration of Andrea Pozez, M.D., made in support of the present motion to dismiss the Complaint.

12. Annexed as Exhibit "K" is a true and correct copy of the case entitled: *Sabatino v. St. Barnabas Med. Ctr.*, 2005 U.S. Dist. LEXIS 20647 (S.D.N.Y. Sept. 20, 2005).

13. Annexed as Exhibit "L" is a true and correct copy of the case entitled: *Rivera v. Atlantic City Med. Ctr.*, 2006 U.S. Dist. LEXIS 15843 (S.D.N.Y. Mar. 30, 2006).

14. Annexed as Exhibit "M" is a true and correct copy of the case entitled: *Standley v. Lyder*, 2001 U.S. Dist. LEXIS 2274 (S.D.N.Y. Mar. 7, 2001).

15. Annexed as Exhibit "N" is a true and correct copy of the case entitled: *Gupta v. Rubin*, 2001 U.S. Dist. LEXIS 450 (S.D.N.Y. Jan.25, 2001).

I declare under penalty of perjury that the foregoing is true and correct.

Dated: New York, New York
       June 15, 2007

/s/ Michael T. Conway
Michael T. Conway