## **CERTIFICATE OF SERVICE**

I, MICHAEL T. CONWAY, certify the following to be true under the penalties of perjury: on June 15, 2007, I served the within NOTICE OF MOTION TO DISMISS COMPLAINT (with supporting papers) on the parties listed below by depositing one true copy of said paper to the addresses listed below, enclosed in a postpaid properly addressed wrapper, in an official depository under the exclusive care and custody of the United States Postal Service within the State of New York.

> Arlen S. Yalkut, Esq.
> Yalkut & Israel
> 865B Walton Avenue
> Bronx, New York 10451

Dated: New York, New York
      June 15, 2007

> /s/ Michael T. Conway
> Michael T. Conway