# YALKUT & ISRAEL
### ATTORNEYS AT LAW
865-B Walton Avenue
Bronx, NY 10451
Tel.718-292-2952

ARLEN S. YALKUT
ROY S. ISRAEL

NICOLE M. HARLEY, of Counsel

July 12, 2007

Via Facsimile ( with prior approval)

**MEMO ENDORSED**

Hon. Stephen C. Robinson
United States District Court Judge
Southern District of New York
United States Courthouse
300 Quarropas Street Room 633
White Plains, New York 10601

Re: David Lion, et al. v. VCU Health System MCU Hospitals and Physicians, et al.
Case Number: 07-3129 (SCR)

Dear Judge Robinson:

We represent the plaintiff, David Lion, in the above-referenced action. I have consulted with Michael T. Conway of LeClair Ryan's New York Office as well as with Linda B. Georgiadis and Paul D. Anders of their Richmond, Virginia office.

Based on my discussion with each of the lawyers above-named who represent the defendants in this case, they have consented, subject to your approval, to amend the briefing schedule as follows: any opposition to the motion to be served by July 30, 2007 ( previously July 16th); and any reply papers to be served by August 20, 2007 (previously August 3rd.) The September 7, 2007 date for the initial conference to remain as presently scheduled. No previous requests for adjournments have been made. Defendants' counsel have confirmed to me that these dates are acceptable.

Respectfully,

Arlen S. Yalkut

ASY:sel
cc: Michael T. Conway, Esq.
    Linda B. Georgiadis, Esq. ( By FAX)

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED:

APPLICATION GRANTED
Stephen C. Robinson
HON. STEPHEN C. ROBINSION  7/13/07