

Richmond City Sheriff's Office
LL-1, John Marshall Courts Building
Richmond, Virginia 23219

Civil Process Section
400 N. 9th Street
Telephone (804) 646-6600

## SHERIFF'S OFFICE

### AFFIDAVIT OF SERVICE

Being duly worn and authorized to make service as provided by the Code of the Commonwealth of Virginia, by my signature subscribed below I do hereby certify that I executed a true copy of the within <u>Summons And Complain</u>, in the following manner and on the date so indicated:

( X )   Served in person

(   )   Registered agent

(   )   Served on the person or officer found to be in charge

(   )   Posted service (only if authorized)

(   )   Member of Family (Resident)

(   )   Not found (Explain):

| DESCRIPTION OF PERSON SERVE | | | | |
|---|---|---|---|---|
| NAME<br>John C. Hogan M.D. | RACE | SEX | DOB (OR APPX. AGE) | SSN |
| STREET ADDRESS<br>1250 E. Marshall St. | HGT | WGT | EYES | HAIR |

Signature of Affiant        5/21/07
                            Date

..............................................................................

### AFFIDAVIT

### COMMONWEALTH OF VIRGINIA

Before me personnally appeared the said   DEP. R. THOMPSON   who says that he/she executed the above instrument in the above manner and on the date indicated.

Sworn to and subscribed in my presence this  21st  day of  MAY , 20 07

My commission expires   JUNE 30, 2010

Signature of Notary