

**Richmond City Sheriff's Office**
LL-1, John Marshall Courts Building
Richmond, Virginia 23219

**Civil Process Section**
400 N. 9th Street
Telephone (804) 646-6600

## SHERIFF'S OFFICE
### AFFIDAVIT OF SERVICE

Being duly worn and authorized to make service as provided by the Code of the Commonwealth of Virginia, by my signature subscribed below I do hereby certify that I executed a true copy of the within <u>Summons And Complain</u>, in the following manner and on the date so indicated:

( X )   Served in person

( )     Registered agent

( )     Served on the person or officer found to be in charge

( )     Posted service (only if authorized)

( )     Member of Family (Resident)

( )     Not found (Explain):

| DESCRIPTION OF PERSON SERVE |||||
|---|---|---|---|---|
| NAME<br>Aaron Scott M.D. | RACE | SEX | DOB (OR APPX. AGE) | SSN |
| STREET ADDRESS<br>1250 East Marshall St. | HGT | WGT | EYES | HAIR |

_____   5/21/07
Signature of Affiant                Date

..........................................................................

## AFFIDAVIT

### COMMONWEALTH OF VIRGINIA

Before me personnally appeared the said  DEP. R. THOMPSON  who says that he/she executed the above instrument in the above manner and on the date indicated.

Sworn to and subscribed in my presence this  21st  day of  MAY , 2007

My commission expires  JUNE 30, 2010

_____
Signature of Notary