

**Richmond City Sheriff's Office**
**LL-1, John Marshall Courts Building**
**Richmond, Virginia  23219**

**Civil Process Section**
**400 N. 9th Street**
**Telephone (804) 646-6600**

SHERIFF'S OFFICE

AFFIDAVIT OF SERVICE

Being duly worn and authorized to make service as provided by the Code of the Commonwealth of Virginia, by my signature subscribed below I do hereby certify that I executed a true copy of the within <u>Summons And Complain</u> , in the following manner and on the date so indicated:

( X )  Served in person

(  )  Registered agent

(  )  Served on the person or officer found to be in charge

(  )  Posted service (only if authorized)

(  )  Member of Family (Resident)

(  )  Not found (Explain):

| DESCRIPTION OF PERSON SERVE | | | | |
|---|---|---|---|---|
| NAME<br>  Andrea  Pozez M.D. | RACE | SEX | DOB (OR APPX. AGE) | SSN |
| STREET ADDRESS<br>  1250 E Marshall St | HGT | WGT | EYES | HAIR |

Signature of Affiant                                5/21/07
                                                          Date

· · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · ·

AFFIDAVIT

COMMONWEALTH OF VIRGINIA

*Before me personnally appeared the said* _____DEP. R. THOMPSON_____ *who says that he/she executed the above instrument in the above manner and on the date indicated.*

*Sworn to and subscribed in my presence this* ____21st____*day of*____MAY_____ *, 20* _07_

*My commission expires* _____JUNE30, 2010_____

_____
Signature of Notary