

**Richmond City Sheriff's Office**
LL-1, John Marshall Courts Building
Richmond, Virginia 23219

**Civil Process Section**
400 N. 9th Street
Telephone (804) 646-6600

## SHERIFF'S OFFICE

### AFFIDAVIT OF SERVICE

Being duly worn and authorized to make service as provided by the Code of the Commonwealth of Virginia, by my signature subscribed below I do hereby certify that I executed a true copy of the within Summons And Complain , in the following manner and on the date so indicated:

(X) Served in person

( ) Registered agent

( ) Served on the person or officer found to be in charge

( ) Posted service (only if authorized)

( ) Member of Family (Resident)

( ) Not found (Explain):

| DESCRIPTION OF PERSON SERVE | | | | |
|---|---|---|---|---|
| NAME<br>Elliott Ganyon M.D. | RACE | SEX | DOB (OR APPX. AGE) | SSN |
| STREET ADDRESS<br>1250 E Marshall St | HGT | WGT | EYES | HAIR |

_Robert U Thompson_                     5/21/07
Signature of Affiant                           Date

...................................................................................

## AFFIDAVIT

### COMMONWEALTH OF VIRGINIA

DEP. R. THOMPSON

*Before me personnally appeared the said* _____ *who says that he/she executed the above instrument in the above manner and on the date indicated.*

Sworn to and subscribed in my presence this  21st  day of  MAY , 20 07

My commission expires   JUNE 30, 2010

_Signature of Notary_