

**Richmond City Sheriff's Office**
LL-1, John Marshall Courts Building
Richmond, Virginia 23219

**Civil Process Section**
400 N. 9th Street
Telephone (804) 646-6600

## SHERIFF'S OFFICE

### AFFIDAVIT OF SERVICE

Being duly sworn and authorized to make service as provided by the Code of the Commonwealth of Virginia, by my signature subscribed below I do hereby certify that I executed a true copy of the within <u>Summons And Complain</u>, in the following manner and on the date so indicated:

X )     Served in person

( )     Registered agent

( )     Served on the person or officer found to be in charge

( )     Posted service (only if authorized)

( )     Member of Family (Resident)

( )     Not found (Explain):

| DESCRIPTION OF PERSON SERVE ||||||
|---|---|---|---|---|---|
| NAME<br>John M. Kellum M.D | RACE | SEX | DOB (OR APPX. AGE) | SSN ||
| STREET ADDRESS<br>1250 E. Marshall St | HGT | WGT | EYES | HAIR ||

Signature of Affiant        5/21/07 Date

..........................................................................................

## AFFIDAVIT

### COMMONWEALTH OF VIRGINIA

*Before me personnally appeared the said*   DEP,. R. THOMPSON   *who says that he/she executed the above instrument in the above manner and on the date indicated.*

*Sworn to and subscribed in my presence this* 21st *day of* MAY, 20 07

*My commission expires* JUNE 30, 2010

Signature of Notary