

**Richmond City Sheriff's Office**
**LL-1, John Marshall Courts Building**
**Richmond, Virginia 23219**

**Civil Process Section**
**400 N. 9th Street**
**Telephone (804) 646-6600**

## SHERIFF'S OFFICE

### AFFIDAVIT OF SERVICE

Being duly worn and authorized to make service as provided by the Code of the Commonwealth of Virginia, by my signature subscribed below I do hereby certify that I executed a true copy of the within <u>Summons And Complain</u>, in the following manner and on the date so indicated:

(X)   Served in person

( )   Registered agent

( )   Served on the person or officer found to be in charge

( )   Posted service (only if authorized)

( )   Member of Family (Resident)

( )   Not found (Explain):

| DESCRIPTION OF PERSON SERVE | | | | |
|---|---|---|---|---|
| NAME<br>Mark Willis M.D. | RACE | SEX | DOB (OR APPX. AGE) | SSN |
| STREET ADDRESS<br>1250 E Marshall St | HGT | WGT | EYES | HAIR |

_Robert A. Thompson_         5/31/.07
Signature of Affiant              Date

·········································································································

### AFFIDAVIT

### COMMONWEALTH OF VIRGINIA

*Before me personnally appeared the said* <u>   DEP.   R.   THOMPSON   </u> *who says that he/she executed the above instrument in the above manner and on the date indicated.*

*Sworn to and subscribed in my presence this* <u>  21st  </u> *day of* <u>  MAY  </u>, 20 <u> 07 </u>

*My commission expires* <u>  june 30, 2010  </u>

Signature of Notary