

**Richmond City Sheriff's Office**
LL-1, John Marshall Courts Building
Richmond, Virginia 23219

**Civil Process Section**
400 N. 9th Street
Telephone (804) 646-6600

## SHERIFF'S OFFICE

### AFFIDAVIT OF SERVICE

Being duly worn and authorized to make service as provided by the Code of the Commonwealth of Virginia, by my signature subscribed below I do hereby certify that I executed a true copy of the within <u>Summons And Complain</u>, in the following manner and on the date so indicated:

( X )   Served in person

(  )    Registered agent

(  )    Served on the person or officer found to be in charge

(  )    Posted service (only if authorized)

(  )    Member of Family (Resident)

(  )    Not found (Explain):

| DESCRIPTION OF PERSON SERVE ||||||
|---|---|---|---|---|---|
| NAME<br>Norman Bordman M.D. | RACE | SEX | DOB (OR APPX. AGE) | SSN ||
| STREET ADDRESS<br>1250 E. M Arshall St | HGT | WGT | EYES | HAIR ||

_Signature of Affiant_     5/21/07
                            Date

..............................................................................................................

### AFFIDAVIT

### COMMONWEALTH OF VIRGINIA

Before me personnally appeared the said ___DEP. R. THOMPSON___ who says that he/she executed the above instrument in the above manner and on the date indicated.

Sworn to and subscribed in my presence this __21st__ day of __MAY__, 20 __07__

My commission expires ___JUNE 30, 2010___

_Signature of Notary_