

**Richmond City Sheriff's Office**
LL-1, John Marshall Courts Building
Richmond, Virginia 23219

**Civil Process Section**
400 N. 9th Street
Telephone (804) 646-6600

## SHERIFF'S OFFICE

### AFFIDAVIT OF SERVICE

Being duly worn and authorized to make service as provided by the Code of the Commonwealth of Virginia, by my signature subscribed below I do hereby certify that I executed a true copy of the within <u>Summons And Complain</u>, in the following manner and on the date so indicated:

(X)   Served in person   *Althea White - Previs - Admin Asst.*

( )   Registered agent

( )   Served on the person or officer found to be in charge

( )   Posted service (only if authorized)

( )   Member of Family (Resident)

( )   Not found (Explain):

| DESCRIPTION OF PERSON SERVE | | | | |
|---|---|---|---|---|
| NAME<br>Vcu Health Center, Mcv Hospital & Physicians At Vc Medical Center | RACE | SEX | DOB (OR APPX. AGE) | SSN |
| STREET ADDRESS<br>1250 E. Marshall St. | HGT | WGT | EYES | HAIR |

_____   5/21/07
Signature of Affiant             Date

..................................................................................................

## AFFIDAVIT

### COMMONWEALTH OF VIRGINIA

*Before me personnally appeared the said* __DEP. R. THOMPSON__ *who says that he/she executed the above instrument in the above manner and on the date indicated.*

*Sworn to and subscribed in my presence this* __21st__ *day of* __MAY__ , 20 __07__

*My commission expires* __JUNE 30, 2010__

_____
Signature of Notary